IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
www.laed.uscourts.gov

| | |
|---|---|
| DARRYL S. COUVILLION, JR., | Civil Action No. _____ |
| *Plaintiff,* | |
| | Judge _____ |
| V. | |
| | Magistrate Judge _____ |
| HEADQUARTERS I LLC,<br>THUY "CHRISTINA" COUVILLION,<br>and QUALITY FIRST<br>CONSTRUCTION, LLC D/B/A<br>QUALITY FIRST MARINE | |
| *Defendants.* | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1334(b) and 1452(a) and FED. R. BANKR. P. 9027, defendant, Quality First Construction, LLC d/b/a Quality First Marine (the "Debtor"), through undersigned counsel, removes the state-court civil action described below to this Court. In support, the Debtor represents:

### The Removed Case

1.    The removed case is a civil action filed on or about November 10, 2023 in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana (the "State Court"), styled *Darryl S. Couvillion, Jr. v. Headquarters 1, L.L.C. et al*, 202316593 (the "Removed Case").

### Grounds for Removal

2.    This action is removable pursuant to 28 U.S.C. §§ 1334(b) and 1452(a) and FED. R. BANKR. P. 9027, in that the Removed Case involves matters under title

11 of the United States Code, 11 U.S.C. § 101 *et seq* (the "Bankruptcy Code"), or arise in or are related to the chapter 11 bankruptcy case of the Debtor. *See In re Quality First Construction, LLC*, 25-11157 (Bankr. M.D. La.).[1]

3.    On June 6, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court").

4.    The plaintiff in the Removed Case, Darryl S. Couvillion, Jr. ("Darryl"), asserts a claim against a co-defendant in the Removed Case, Christina "Thuy" Couvillion ("Christina"), in the amount of $472,562.50. Darryl's disputed claim is allegedly secured by ship mortgages in and upon property of the Debtor's bankruptcy estate.

5.    Darryl's claim in the Removed Action implicates, among other things, the Bankruptcy Code's claim resolution process. Accordingly, this Court has jurisdiction over this matter because the claim resolution process "arises in" the Debtor's chapter 11 case.

### Unanimity Not Required

6.    The rule of unanimity, which derives from 28 U.S.C. § 1441, does not apply to bankruptcy removals under § 1452, which permits removal by "[a] party." *Everett v. Friedman's Inc.*, 329 B.R. 40, 41 (S.D. Miss. 2005).

---

[1] A copy of the electronic docket from the Debtor's chapter 11 case is attached hereto as **Exhibit A**.

## Venue is Proper in this District and Division

7.      Venue is also proper in this District because the State Court where the Removed Case has been pending (St. Tammany Parish) is located in the Eastern District of Louisiana.

## Removal is Timely

8.      Removal of the Removed Case is timely under FED. R. BANKR. P. 9027(a)(2) because (a) the Removed Case was commenced prior to the Petition Date and (b) this Notice of Removal is filed within 90 days after the Petition Date.

## Filing of Removal Papers

9.      Written notice of the removal of the Removed Case is being given simultaneously to Darryl's counsel, and a Notice of Filing of Notice of Removal is being filed with the State Court. A true and correct copy of that Notice is attached hereto as **Exhibit B**.

## Referral

10.     The Debtor intends to file a motion to have this matter be referred to the Bankruptcy Court pursuant to L.R. 83.4.1

**WHEREFORE**, the Debtor hereby removes the Removed Case from the State Court and requests that further proceedings be conducted in this Court as provided by law.

### ###

Submitted by:

**STERNBERG, NACCARI & WHITE, LLC**

By: **/s/ Ryan J. Richmond**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 203
Baton Rouge, LA 70801-1703
Tel.: (225) 412-3667
Fax: (225) 286-3046
ryan@snw.law

*Attorneys for Quality First
Construction, LLC d/b/a Quality
First Marine*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Removal has been sent to:

Thomas H. Huval
P.O. Box. 1810
Covington, LA 70434

Headquarters 1, L.L.C.,
through its registered agent,
Thuy "Christina" Couvillion
1254 N. Columbia Street
Covington, LA 70433

Craig Robichaux
2250 7th Street
Mandeville, LA 70471

by first-class United States mail, postage prepaid on July 31, 2025.

**/s/ Ryan J. Richmond**
Ryan J. Richmond (La. Bar No. 30688)

4

# EXHIBIT A

**Bankruptcy Case Docket Sheet**

Subchapter_V, ProHacVice

# U.S. Bankruptcy Court
## Eastern District of Louisiana (New Orleans)
### Bankruptcy Petition #: 25-11157

|  |  |
|---|---|
| | *Date filed:* 06/06/2025 |
| | *341 meeting:* 07/17/2025 |
| | *Deadline for filing claims:* 09/04/2025 |
| | *Deadline for filing claims (govt.):* 12/03/2025 |

*Assigned to:* Meredith S. Grabill
Chapter 11
Voluntary
Asset

**Debtor**
**Quality First Construction LLC**
1254 N. Columbia Street
Covington, LA 70433-1610
ST. TAMMANY-LA
Tax ID / EIN: 33-1124341

represented by **Ryan James Richmond**
Sternberg, Naccari & White, LLC
450 Laurel Street
Suite 1450
Baton Rouge, LA 70801
225-412-3667
Fax : 225-286-3046
Email: ryan@snw.law

**Trustee**
**Frederick L. Bunol**
The Derbes Law Firm, LLC
3027 Ridgelake Dr.
Metairie, LA 70002
504-207-0913

**U.S. Trustee**
**Office of the U.S. Trustee**
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130
504-589-4018

represented by **Christy Renee Bergeron**
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130
504-589-4018
Email: Christy.Bergeron@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2025 | 1 (19 pgs) | Chapter 11 Voluntary Petition Non-Individual . Fee Amount $1738. Filed by Quality First Construction LLC. Chapter 11 Plan Small Business SubChapter V due by 09/4/2025. (Richmond, Ryan) (Entered: 06/06/2025) |
| 06/06/2025 | | Receipt of filing fee for Voluntary Petition (Chapter 11)( 25-11157) [misc,volp11a] (1738.00). Receipt number A8559561, amount $1738.00. (re:Doc# 1) (U.S. Treasury) (Entered: 06/06/2025) |
| 06/06/2025 | 2 (1 pg) | Equity Security Holders Filed by Quality First Construction LLC (Richmond, Ryan) (Entered: 06/06/2025) |
| 06/06/2025 | 3 (1 pg) | Statement of Corporate Ownership filed. Filed by Quality First Construction LLC (Richmond, Ryan) (Entered: 06/06/2025) |

| | | |
|---|---|---|
| 06/06/2025 | 4<br>(1 pg) | Declaration Under Penalty of Perjury for Non-individual Debtors *Pursuant to Section 1116* Filed by Quality First Construction LLC (Richmond, Ryan) (Entered: 06/06/2025) |
| 06/07/2025 | 5<br>(3 pgs) | Ex Parte Motion to Extend Time to File Schedules Filed by Ryan James Richmond of Sternberg, Naccari & White, LLC on behalf of Quality First Construction LLC (Richmond, Ryan) (Entered: 06/07/2025) |
| 06/07/2025 | 6<br>(10 pgs) | Ex Parte Motion to Set Last Day to File Proofs of Claim Filed by Ryan James Richmond of Sternberg, Naccari & White, LLC on behalf of Quality First Construction LLC (Richmond, Ryan) (Entered: 06/07/2025) |
| 06/07/2025 | 7<br>(9 pgs) | Ex Parte Application to Employ with Affidavit of Disinterestedness INTERIM Sternberg, Naccari & White, LLC as Attorney Filed by Ryan James Richmond of Sternberg, Naccari & White, LLC on behalf of Quality First Construction LLC (Richmond, Ryan) (Entered: 06/07/2025) |
| 06/09/2025 | 8<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Christy Renee Bergeron on behalf of Office of the U.S. Trustee. (Bergeron, Christy) (Entered: 06/09/2025) |
| 06/09/2025 | 9<br>(6 pgs) | Certificate of Service Filed by Quality First Construction LLC (RE: (related document(s)5 Motion to Extend Time to File Schedules filed by Debtor Quality First Construction LLC, 6 Motion to Set Last Day to File Proofs of Claim filed by Debtor Quality First Construction LLC, 7 Application to Employ with Affidavit of Disinterestedness filed by Debtor Quality First Construction LLC) (Richmond, Ryan) (Entered: 06/09/2025) |
| 06/09/2025 | 10<br>(5 pgs; 2 docs) | Order Setting Status Conference Chapter 11 SubChapterV Signed on 6/9/25 Status Conference Chapter 11 SubChapterV to be held on 8/4/2025 at 09:00 AM at *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611. Pre-Status Conference Report SubChapter V due by 7/21/2025. (Lew, K) (Entered: 06/09/2025) |
| 06/09/2025 | 11<br>(3 pgs) | Certificate of Service *United States Trustee's Notice of Appearance and Request for Service* Filed by Office of the U.S. Trustee (RE: (related document(s)8 Notice of Appearance and Request for Notice filed by U.S. Trustee Office of the U.S. Trustee) (Bergeron, Christy) (Entered: 06/09/2025) |
| 06/09/2025 | 12<br>(6 pgs) | Certificate of Service Filed by Quality First Construction LLC (RE: (related document(s)10 Order Setting Status Conference Chapter 11 SubChapterV) (Richmond, Ryan) (Entered: 06/09/2025) |
| 06/10/2025 | 13<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Thomas H. Huval on behalf of Darryl S. Couvillion Jr.. (Huval, Thomas) (Entered: 06/10/2025) |
| 06/10/2025 | 14<br>(1 pg) | Order Granting Motion to Extend Time to File Schedules and Statements. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)5 Motion to Extend Time to File Schedules filed by Debtor Quality First Construction LLC) Signed on 6/10/25. Schedules A-J due 7/3/2025. Statement of Financial Affairs due 7/3/2025. Summary of Assets and Liabilities due 7/3/2025. (Lew, K) (Entered: 06/10/2025) |

| Date | Doc | Description |
|---|---|---|
| 06/10/2025 | 15<br>(2 pgs) | Interim Order Approving Employment. Signed on 6/10/25 (RE: related document(s)7 Application to Employ with Affidavit of Disinterestedness filed by Debtor Quality First Construction LLC) Final Hearing scheduled for 7/30/2025 at 01:00 PM by *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611. (Lew, K) (Entered: 06/10/2025) |
| 06/10/2025 | 16<br>(2 pgs) | Order Granting Motion To Set Set Last Day To File Proofs of Claim IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)6 Motion to Set Last Day to File Proofs of Claim filed by Debtor Quality First Construction LLC) Signed on 6/10/25. Proofs of Claims due by 9/4/2025. Government Proof of Claim due by 12/3/2025. (Lew, K) (Entered: 06/10/2025) |
| 06/12/2025 | 17<br>(2 pgs; 2 docs) | Appointment of Chapter 11 SubChapter V Trustee Frederick L. Bunol added to the case. by U.S. Trustee. The appointment is in accordance with 11 U.S.C. Section 1104 and is pursuant to the authority vested in the U.S. Trustee by 28 U.S.C. Section 586. Filed by Office of the U.S. Trustee (Attachments: # 1 Verified Statement of Subchapter V Trustee)(U.S. Trustee, Office of the) (Entered: 06/12/2025) |
| 06/12/2025 | 18<br>(3 pgs) | Certificate of Service *United States Trustee's Notice of Appearance and Request for Service* Filed by Office of the U.S. Trustee (RE: (related document(s)8 Notice of Appearance and Request for Notice filed by U.S. Trustee Office of the U.S. Trustee) (Bergeron, Christy) (Entered: 06/12/2025) |
| 06/16/2025 | 19<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Daniel A. Oppenheim on behalf of Talley, Anthony, Hughes & Knight, LLC. (Oppenheim, Daniel) (Entered: 06/16/2025) |
| 06/16/2025 | 20<br>(1 pg) | Certificate of Service Filed by Talley, Anthony, Hughes & Knight, LLC (RE: (related document(s)19 Notice of Appearance and Request for Notice filed by Creditor Talley, Anthony, Hughes & Knight, LLC) (Oppenheim, Daniel) (Entered: 06/16/2025) |
| 06/17/2025 | | Meeting of Creditors Filed by Office of the U.S. Trustee 341(a) meeting to be held on 7/17/2025 at 02:00 PM by Telephone Conference Line: 888-330-1716. Participant Passcode: 8461305. (U.S. Trustee, Office of the) (Entered: 06/17/2025) |
| 06/17/2025 | 21<br>(6 pgs) | Notice *of Claims Bar Dates* Filed by Quality First Construction LLC (RE: related document(s)16 Order on Motion To Set Last Day to File Proofs of Claim). (Richmond, Ryan) (Entered: 06/17/2025) |
| 06/17/2025 | 22<br>(3 pgs) | Notice of Appearance and Request for Notice *of Keiran McCluskie* Filed by Keiran S McCluskie on behalf of Fidelity Bank. (McCluskie, Keiran) (Entered: 06/17/2025) |
| 06/17/2025 | 23<br>(7 pgs; 5 docs) | Motion to Appear pro hac vice *Danielle Mashburn-Myrick* Filed by Keiran S McCluskie of Phelps Dunbar LLP on behalf of Fidelity Bank (Attachments: # 1 Exhibit Exhibit A- Declaration in Support # 2 Exhibit Exhibit B- Certification of Good Standing # 3 Exhibit Exhibit C- E-filing Consent Form # 4 Proposed Order) (McCluskie, Keiran) (Entered: 06/17/2025) |

| | | |
|---|---|---|
| 06/17/2025 | <u>24</u><br>(7 pgs) | Certificate of Service Filed by Quality First Construction LLC (RE: (related document(s)<u>14</u> Order on Motion to Extend Time to File Schedules, <u>15</u> Interim Order, <u>16</u> Order on Motion To Set Last Day to File Proofs of Claim, <u>21</u> Notice filed by Debtor Quality First Construction LLC) (Richmond, Ryan) (Entered: 06/17/2025) |
| 06/20/2025 | <u>25</u><br>(13 pgs) | Expedited Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Filed by Ryan James Richmond of Sternberg, Naccari & White, LLC on behalf of Quality First Construction LLC (Richmond, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | <u>26</u><br>(2 pgs) | Motion to Expedite Hearing (RE: related document(s)<u>25</u> Motion for Continuation of Utility Service filed by Debtor Quality First Construction LLC) Filed by Ryan James Richmond of Sternberg, Naccari & White, LLC on behalf of Quality First Construction LLC (Richmond, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | <u>27</u><br>(7 pgs) | Certificate of Service Filed by Quality First Construction LLC (RE: (related document(s)<u>25</u> Motion for Continuation of Utility Service filed by Debtor Quality First Construction LLC, <u>26</u> Motion to Expedite Hearing filed by Debtor Quality First Construction LLC) (Richmond, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | <u>28</u><br>(2 pgs) | Order Granting Motion to Expedite Hearing IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)<u>25</u> Motion for Continuation of Utility Service filed by Debtor Quality First Construction LLC, <u>26</u> Motion to Expedite Hearing filed by Debtor Quality First Construction LLC) Signed on 6/20/25. Hearing scheduled for 6/25/2025 at 01:00 PM by *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611. (Lew, K) (Entered: 06/20/2025) |
| 06/22/2025 | <u>29</u><br>(6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. .(RE: (related document(s) Meeting of Creditors Chapter 11 filed by U.S. Trustee Office of the U.S. Trustee) Notice Date 06/22/2025. (Admin.) (Entered: 06/22/2025) |
| 06/24/2025 | <u>30</u><br>(7 pgs) | Certificate of Service Filed by Quality First Construction LLC (RE: (related document(s)<u>28</u> Order on Motion to Expedite Hearing) (Richmond, Ryan) (Entered: 06/24/2025) |
| 06/25/2025 | 31 | Memo to Record of hearing scheduled for 6/25/2025 (related document(s)<u>25</u> Motion for Continuation of Utility Service filed by Debtor Quality First Construction LLC). After review of the record and pleadings, proper service having been made, and no objection having been filed, the Court will GRANT the motion WITHOUT HEARING. Counsel for debtor is to submit an order within two (2) days. (McIlwain, A.) (Entered: 06/25/2025) |
| 06/27/2025 | <u>32</u><br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Katilyn Michelle Hollowell on behalf of Harvey Dock, LLC. (Hollowell, Katilyn) (Entered: 06/27/2025) |

| | | |
|---|---|---|
| 06/27/2025 | [33](#)<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by J. Eric Lockridge on behalf of Harvey Dock, LLC. (Lockridge, J. Eric) (Entered: 06/27/2025) |
| 07/03/2025 | [34](#)<br>(29 pgs) | Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities Schedules for Non-Individual , Schedule A/B: Property Non-Individual , Schedule D: Non-Individual- Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G: Non-Individual- Executory Contracts and Unexpired Leases , Schedule H: Non-Individual- Codebtors Filed by Quality First Construction LLC (RE: (related document(s)[14](#) Order on Motion to Extend Time to File Schedules) (Richmond, Ryan) (Entered: 07/03/2025) |
| 07/03/2025 | [35](#)<br>(8 pgs) | Statement of Financial Affairs for Non-Individual Filed by Quality First Construction LLC (RE: (related document(s)[14](#) Order on Motion to Extend Time to File Schedules) (Richmond, Ryan) (Entered: 07/03/2025) |
| 07/15/2025 | [36](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Joseph Patrick Briggett on behalf of First Horizon Corporation. (Briggett, Joseph) (Entered: 07/15/2025) |
| 07/17/2025 | [37](#)<br>(1 pg) | Order Granting Motion To Appear pro hac vice for Danielle Mashburn-Myrick. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[23](#) Motion to Appear pro hac vice filed by Creditor Fidelity Bank) Signed on 7/17/25. (Lew, K) (Entered: 07/17/2025) |
| 07/17/2025 | [38](#)<br>(2 pgs) | Meeting of Creditors Held Filed by Office of the U.S. Trustee (RE: (related document(s) Meeting of Creditors Chapter 11 filed by U.S. Trustee Office of the U.S. Trustee) (U.S. Trustee, Office of the) (Entered: 07/17/2025) |
| 07/21/2025 | [39](#)<br>(6 pgs) | Pre-Status Conference Report Chapter 11 SubChapter V Filed by Quality First Construction LLC (RE: (related document(s)[10](#) Order Setting Status Conference Chapter 11 SubChapterV) (Richmond, Ryan) (Entered: 07/21/2025) |
| 07/28/2025 | 40 | Memo to Record of hearing scheduled for 7/30/2025 (RE: (related document(s)[7](#) Application to Employ with Affidavit of Disinterestedness filed by Debtor Quality First Construction LLC). After review of the record and pleadings, proper service having been made, and no objection having been filed, the Court will APPROVE the application on a FINAL basis WITHOUT HEARING. Counsel for Debtor is to submit an order within two (2) days. (Arnold, Ellen) (Entered: 07/28/2025) |
| 07/28/2025 | [41](#)<br>(3 pgs) | Order Granting Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[25](#) Motion for Continuation of Utility Service filed by Debtor Quality First Construction LLC) Signed on 7/28/25. (Lew, K) (Entered: 07/28/2025) |

| 07/29/2025 | 42 (3 pgs) | Notice of Appearance and Request for Notice Filed by Christopher T. Caplinger on behalf of Harvey Dock, LLC. (Caplinger, Christopher) (Entered: 07/29/2025) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2025 10:11:13 | | | |
| **PACER Login:** | rjrichmond | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-11157 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

## EXHIBIT B

**Notice of Filing of Notice of Removal**

**22ⁿᵈ JUDICIAL DISTRICT COURT**
**FOR THE PARISH OF ST. TAMMANY**
**STATE OF LOUISIANA**

| NO. 2023-16593 | DIVISION "I" |
|---|---|

### DARRYL S. COUVILLION, JR.

### VERSUS

### HEADQUARTERS 1, L.L.C., ET AL.

FILED: _____     _____

DEPUTY CLERK

### NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on Thursday, July 31, 2025, defendant, Quality First Construction, LLC d/b/a Quality First Marine, filed a Notice of Removal with the United States District Court for the Eastern District of Louisiana, thereby effecting removal of this civil action from this Court and prohibiting proceedings in this Court in accordance with the provisions of 28 U.S.C. § 1452(a) and FED. R. BANKR. P. 9027(c).

Submitted by:

STERNBERG, NACCARI & WHITE, LLC

By: _____
Ryan J. Richmond (La. Bar No. 30688)
450 Street, Suite 203
Baton Rouge, LA 70801-1703
Tel.: (225) 412-3667
Fax: (225) 286-3046
ryan@snw.law

*Attorneys for Quality First Construction, LLC d/b/a Quality First Marine*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the foregoing Notice of Filing of Notice of Removal

has been sent to:

> Thomas H. Huval
> P.O. Box. 1810
> Covington, LA 70434
>
> Headquarters 1, L.L.C.,
> through its registered agent,
> Thuy "Christina" Couvillion
> 1254 N. Columbia Street
> Covington, LA 70433
>
> Craig Robichaux
> 2250 7th Street
> Mandeville, LA 70471

by first-class United States mail, postage prepaid on July 31, 2025.

_____
Ryan J. Richmond (La. Bar No. 30688)

2

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Darryl S. Couvillion, Jr. | Headquarters 1, L.L.C., Thuy "Christina" Couvillion, & Quality First Construction, LLC d/b/a Quality First Marine |

**(b)** County of Residence of First Listed Plaintiff **St. Tammany**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **St. Tammany**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Thomas Huval, P.O. Box 70434-1810, Covington, LA 70434-1810, (985)892-4801

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1334(b) and 1452(a) and FED. R. BANKR. P. 9027

Brief description of cause:
Removal of matter arising in and related to a bankruptcy case.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $472,562.50

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE Hon. Meredith S. Grabill

DOCKET NUMBER 25-11457 (Bankr. E.D. La.)

DATE
Jul 31, 2025

SIGNATURE OF ATTORNEY OF RECORD
*Ryan J. Richmond*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.